**SMITH et al., Appellants, v. GOULD, Respondent.** (City Court of New York, General Term. January 11, 1901.) Action by Mary F. Smith and another against Howard Gould. From an order referring the action, plaintiffs

appeal. Reversed. Jacob Marks, for appellants. Howe & Hummel, for respondent.

McCARTHY, J. We have examined very carefully the papers presented by both sides on this appeal, as well as the cases referred to, and are of the opinion that this cause does not involve the examination of a long account, as provided for in section 1013, Code Civ. Proc., and ought not to be referred. Order appealed from reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

O'DWYER and SCHUCHMAN, JJ., concur.